UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| AMERICAN SAFETY INDEMNITY COMPANY, | : : : | |
| Plaintiff, | : : | Civil Action No. 14-2029 |
| v. | : : : : | Honorable Faith S. Hochberg, USDJ |
| BAKER RESIDENTIAL LIMITED PARTNERSHIP, CHUCK GRAZIANO, CLARK ATWOOD, DOUGLAS VENTURO and JACE ANDERSON | : : : : : : : | **CORPORATE DISCLOSURE STATEMENT** |
| Defendants, Third-Party Plaintiffs, | : : : : | **Document Filed Electronically** |
| v. | : : : | |
| STEADFAST INSURANCE COMPANY | : : : : | |
| Third Party Defendant. | : X | |

      Pursuant to Fed. R. Civ. P. 7.1(a), attorneys for Third Party Defendants Steadfast Insurance Company provide the following Corporate Disclosure Statement and certify that the defendants are non-governmental corporate parties and that:

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Steadfast Insurance Company ("Steadfast") is a Delaware corporation. Steadfast is a wholly owned subsidiary of Zurich American Insurance Company, a New York corporation. Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation. Zurich Holding Company of America, Inc. is 99.8711% owned directly by Zurich Insurance Company Ltd, a Swiss corporation, with the remaining shares indirectly

865960v1

owned by Zurich Insurance Company Ltd.  Zurich Insurance Company Ltd is directly owned by Zurich Financial Services Ltd, a Swiss corporation.  Zurich Financial Services Ltd is the only publicly traded parent company, with a listing on the Swiss stock exchange, and a further trading of American Depositary Receipts.

Respectfully submitted,

COUGHLIN DUFFY LLP
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962-1917
(973) 267-0058
(973) 267-6442 (Fax)
*Attorneys for Third Party Defendant*
*Steadfast Insurance Company*

Dated: July 21, 2014

*/s/*Maida Chinosi
Robert W. Muilenburg (RM 5211)
Maida Chinosi, Esq. (MC 0793)
rmuilenburg@coughlinduffy.com
mchinosi@coughlinduffy.com

865960v1